ALEX ALBERTO PRADO ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED VS. AIRPORT TERMINAL SERVICES, INC., A MISSOURI CORPORATION AND DOES 1 THROUGH 50, INCLUSIVE

NOTICE OF REMOVAL – EXHIBIT 8

# EXHIBIT 8

| Attorney or Party without Attorney:<br>Kacey E. Cook, Esq. (SBN 337905)<br>JAMES HAWKINS, APLC<br>9880 Research Drive, Suite 200<br>Irvine, CA 92618<br>Telephone No: (949) 387-7200<br>Attorney For: Plaintiff | | Ref. No. or File No.:<br>AIRPORT TERMINAL | | | For Court Use Only<br><br>ELECTRONICALLY FILED<br>Superior Court of California<br>County of Alameda<br>02/13/2024<br>Chad Finke, Executive Officer / Clerk of the Court<br>By: V. Hutton  Deputy |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF ALAMEDA | | | | | |
| Plaintiff: ALEX ALBERTO PRADO on behalf of himself and all others similarly situated<br>Defendant: AIRPORT TERMINAL SERVICES, INC. a Missouri corporation | | | | | |
| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>23CV057137 | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Class Action Complaint; Civil Case Cover Sheet; Civil Case Cover Sheet Addendum; Notice of Case Management Conference; ORDER Initial Case Management Conference; ORDER Complex Determination

3. a. Party served: AIRPORT TERMINAL SERVICES, INC. a Missouri corporation
   b. Person served: Alvin Sayre, Authorized to Accept Service for Registered Agent Solutions, Inc., Agent for Service of Process

4. Address where the party was served: 5301 Southwest Pkwy #400 , Austin, TX 78735

5. I served the party:
   a. by personal service. I personally delivered the documents listed in Item 2 to the party or person authorized to receive service of process for the party (1) on (date): Tue, Jan 30 2024 (2) at (time): 12:28 PM
   (1) [X] (business)
   (2) [ ] (home)
   (3) [ ] (other):

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of (specify):
   c. [ ] as occupant.
   d. [X] On behalf of (specify): AIRPORT TERMINAL SERVICES, INC. a Missouri corporation
       under the following Code of Civil Procedure section:
       [X] 416.10 (corporation)              [ ] 415.95 (business organization, form unknown)
       [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
       [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
       [ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
       [ ] 416.50 (public entity)            [ ] 415.46 (occupant)
       [ ] other:



| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE SUMMONS | 10337013<br>(12013892)<br>Page 1 of 2 |
|---|---|---|

| | | |
|---|---|---|
| *Plaintiff:* ALEX ALBERTO PRADO on behalf of himself and all others similarly situated | | *Case Number:* 23CV057137 |
| *Defendant:* AIRPORT TERMINAL SERVICES, INC. a Missouri corporation | | |

Recoverable cost Per CCP 1033.5(a)(4)(B)

7. Person who served papers
   a. Name: Tom Kroll
   b. Address: FIRST LEGAL
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. Telephone number: (714) 541-1110
   d. The fee for service was: $335.66
   e. I am:
      (1) [X] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         (i) [ ] owner [ ] employee [ ] independent contractor
         (ii) Registration No:
         (iii) County:

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

02/02/2024
(Date)

*/s/ Tom Kroll*
Tom Kroll

| | | | |
|---|---|---|---|
| [FL logo] | Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF<br>SERVICE<br>SUMMONS | 10337013<br>(12013892)<br>Page 2 of 2 |