**AKERMAN LLP**
MARISSA ALGUIRE (SBN 249755)
DAMIEN DELANEY (SBN 246476)
MOJAN ANARI (SBN 298865)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email: marissa.alguire@akerman.com
       damien.delaney@akerman.com
       mojan.anari@akerman.com

*Attorneys for Defendant*
AIRPORT TERMINAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ALBERTO PRADO on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC. a Missouri corporation and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.<br><br>[Superior Court of California, Alameda County Case No. 23CV057137]<br><br>**DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>[Fed. R. Civ. 7.1]<br><br>[Concurrently filed with Notice of Removal; Civil Cover Sheet; Certification of Conflicts and Interested Parties; and Declaration of Brandy Frazier]<br><br>Complaint Filed: December 19, 2023<br>Trial Date:            None |

DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S
CORPORATE DISCLOSURE STATEMENT

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

In accordance with Federal Rule of Civil Procedure, Rule 7.1, Airport Terminal Services, Inc. ("Defendant"), hereby files its Corporate Disclosure Statement as follows:

1. Defendant is a privately held corporation;
2. AGI-CFI Acquisition Corp. is the parent company of Defendant; and
3. Other than the relationship described above, there are no publicly held corporations that own 10% or more of the stock of Defendant.

Dated: February 29, 2024          **AKERMAN LLP**

By *s/Marissa Alguire*
   Marissa Alguire
   Damien DeLaney
   Mojan Anari
   *Attorneys for Defendant*
   AIRPORT TERMINAL SERVICES, INC.

75179093;1