**AKERMAN LLP**
MARISSA ALGUIRE (SBN 249755)
DAMIEN DELANEY (SBN 246476)
MOJAN ANARI (SBN 298865)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email: marissa.alguire@akerman.com
       damien.delaney@akerman.com
       mojan.anari@akerman.com

*Attorneys for Defendant*
AIRPORT TERMINAL SERVICES, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ALBERTO PRADO on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC. a Missouri corporation and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.<br><br>[Superior Court of California, Alameda County Case No. 23CV057137]<br><br>**DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED PARTIES OR PERSONS**<br><br>[N.D. Cal. Civil L.R. 3-15]<br><br>[Concurrently filed with Notice of Removal; Civil Cover Sheet; Corporate Disclosure Statement; and Declaration of Brandy Frazier]<br><br>Complaint Filed: December 19, 2023<br>Trial Date:      None |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, association of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Airport Terminal Services, Inc. is a Defendant and has a financial interest in the litigation; and
2. AGI-CFI Acquisition Corp. has a financial interest in the litigation because it is the parent corporation of Airport Terminal Services, Inc., which is a Defendant in the litigation.

Dated: February 29, 2024         **AKERMAN LLP**

By *s/Marissa Alguire*
Marissa Alguire
Damien DeLaney
Mojan Anari
*Attorneys for Defendant*
AIRPORT TERMINAL SERVICES, INC.

75179097;1