**AKERMAN LLP**
MARISSA ALGUIRE (SBN 249755)
DAMIEN DELANEY (SBN 246476)
MOJAN ANARI (SBN 298865)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342
Email:  marissa.alguire@akerman.com
        damien.delaney@akerman.com
        mojan.anari@akerman.com

*Attorneys for Defendant*
AIRPORT TERMINAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ALBERTO PRADO on behalf of himself and all others similarly situated<br><br>　　　Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC. a Missouri corporation and DOES 1 through 50, inclusive,<br><br>　　　Defendants. | Case No.<br><br>[Superior Court of California, Alameda County Case No. 23CV057137]<br><br>**DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S CERTIFICATE OF SERVICE**<br><br>Complaint Filed: December 19, 2023<br>Trial Date:　　None |

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 601 West Fifth Street, Suite 300, Los Angeles, California 90071.

On February 29, 2024, I served true and correct copies of the below-listed documents on the interested parties in this matter as follows:

DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF REMOVAL; and EXHIBITS 1-8;

EXHIBIT 9 – DECLARATION OF BRANDY FRAZIER IN SUPPORT OF NOTICE OF REMOVAL;

DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S CIVIL COVER SHEET;

DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT; and

DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED PARTIES OR PERSONS

☒ **BY U.S. MAIL:** By placing a copy of the documents listed above in a sealed envelope with postage thereon fully prepaid, deposited with the U.S. Postal Service on the date hereinabove in the ordinary course of business, at Los Angeles, California, addressed as set forth below.

| | |
|---|---|
| James R. Hawkins<br>Isandra Y. Fernandez,<br>Kacey E. Cook<br>James Hawkins APLC<br>9880 Research Drive, Suite 200<br>Irvine, CA 92618<br>Tel: (949) 387-7200<br>Fax: (949) 387-6676 | Attorneys for Plaintiff<br>*Alex Alberto Prado*<br>*on behalf of himself and all*<br>*others similarly situated* |

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 29, 2024, at Los Angeles, California.

*s/ Carmen Chavez*
CARMEN CHAVEZ