**AKERMAN LLP**
MARISSA ALGUIRE (SBN 249755)
MOJAN ANARI (SBN 298865)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342
Email:  marissa.alguire@akerman.com
        mojan.anari@akerman.com

*Attorneys for Defendant*
AIRPORT TERMINAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ALBERTO PRADO on behalf of himself and all others similarly situated<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC. a Missouri corporation and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 4:24-cv-01250-DMR<br><br>Hon. Magistrate Judge Donna M. Ryu<br><br>[Superior Court of California, Alameda County Case No. 23CV057137]<br><br>**NOTICE OF STANDING ORDER ISSUED BY MAGISTRATE JUDGE DONNA M. RYU**<br><br>Complaint Filed: December 19, 2023<br>Removal:　　　　February 29, 2024<br>Trial Date:　　　　None |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Attached is a copy of the Standing Order issued by the Honorable Donna M. Ryu of the United States District Court, Northern District of California. A true and correct copy is attached hereto as **Exhibit A**.

Dated: March 4, 2024

                                           **AKERMAN LLP**

By */s/ Mojan Anari*
Marissa Alguire
Mojan Anari
*Attorneys for Defendants*

75254512;1

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342