**AKERMAN LLP**
MARISSA ALGUIRE (SBN 249755)
MOJAN ANARI (SBN 298865)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342
Email:  marissa.alguire@akerman.com
        mojan.anari@akerman.com

*Attorneys for Defendant*
AIRPORT TERMINAL SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX ALBERTO PRADO on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC. a Missouri corporation and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 4:24-cv-01250-DMR<br><br>Hon. Magistrate Judge Donna M. Ryu<br><br>**JOINT STIPULATION TO ENLARGE THE TIME FOR DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S INITIAL RESPONSE TO THE COMPLAINT PURSUANT TO CIVIL L.R. 6-1**<br><br>Complaint Filed: December 19, 2023<br>Removal Filed:  February 29, 2024<br>Trial Date:      None |

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff Alex Alberto Prado ("Plaintiff") and defendant Airport Terminal Services, Inc. ("Defendant") (collectively, the "Parties"), through their respective attorneys of record herein and without waiving any rights, claims, or defenses they may have in this action, to enter into this Stipulation pursuant to Civil L.R. 6-1(a), with reference to the following circumstances:

1. Plaintiff filed his Complaint on December 19, 2023;

2. Defendant was served with the Complaint on January 30, 2024;

3. Plaintiff filed his First Amended Complaint ("FAC") on February 22, 2024;

4. Defendant was served with the First Amended Complaint on February 23, 2024;

5. Defendant filed and served its Notice of Removal on February 29, 2024, and pursuant to Fed. R. Civ. P. 81(c)(2)(C), Defendant's response to the Complaint is due on March 7, 2024;

6. The Parties are in the process of meeting and conferring regarding any possible motion to remand, if any;

7. The Parties are also in the process of meeting and conferring regarding Defendant's responsive pleading motion(s), including a contemplated motion to strike, dismiss, or in the alternative stay all proceedings;

8. Plaintiff and Defendant agreed to stipulate to extend Defendant's deadline to respond to the FAC by 30 days, which extends Defendant's current deadline to file and serve its responsive pleading up to and including Monday, April 8, 2024;

9. The Parties have not previously stipulated to any extensions of time to answer or otherwise respond to the FAC;

10. This extension will not alter the date of any event or any deadline already

1 fixed by Court order;

2 **NOW THEREFORE**, pursuant to this stipulation and Civil L.R. 6-1(a), Plaintiff
3 and Defendant agree that Defendant's deadline to file its responsive pleading to the
4 FAC shall be extended to April 8, 2024.

5 **IT IS SO STIPULATED.**

7 Dated: March 6, 2024    **AKERMAN LLP**

By */s/ Marissa Alguire*
Marissa Alguire
Mojan Anari
*Attorneys for Defendant*
AIRPORT TERMINAL SERVICES, INC.

Dated: March 6, 2024    **JAMES HAWKINS APLC**

By _____
James R. Hawkins
Isandra Y. Fernandez
Kacey E. Cook
*Attorneys for Plaintiff*
ALEX ALBERTO PRADO
on behalf of himself and all
others similarly situated

75332785;1

3    Case No. 4:24-cv-01250-DMR
JOINT STIPULATION TO ENLARGE THE TIME FOR DEFENDANT AIRPORT TERMINAL
SERVICES, INC.'S INITIAL RESPONSE TO THE COMPLAINT PURSUANT TO CIVIL L.R. 6-1