AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| ALEX ALBERTO PRADO, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:24-cv-01250-DMR |
| AIRPORT TERMINAL SERVICES, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Airport Terminal Services, Inc.

Date: 03/06/2024

s/Marissa Alguire
*Attorney's signature*

Marissa Alguire, SBN 249755 [Lead Attorney]
*Printed name and bar number*
Akerman LLP
601 West Fifth Street, Suite 300
Los Angeles, CA 90071

*Address*

marissa.alguire@akerman.com
*E-mail address*

(213) 688-9500
*Telephone number*

(213) 627-6342
*FAX number*