**AKERMAN LLP**
MARISSA ALGUIRE (SBN 249755)
MOJAN ANARI (SBN 298865)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342
Email:  marissa.alguire@akerman.com
          mojan.anari@akerman.com

*Attorneys for Defendant*
AIRPORT TERMINAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ALBERTO PRADO on behalf of himself and all others similarly situated<br><br>    Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC. a Missouri corporation and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 4:24-cv-01250-DMR<br><br>Hon. Magistrate Judge Donna M. Ryu<br><br>**REQUEST TO WITHDRAW BY DAMIEN P. DELANEY AS COUNSEL FOR DEFENDANT PURSUANT TO LOCAL RULE 11-5**<br><br>Complaint Filed: December 19, 2023<br>Removal Filed:   February 29, 2024<br>Trial Date:          None |

## REQUEST TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Rule 11-5 of the Local Rules of the United States District Court for the Northern District of California, Damien P. DeLaney requests that his name be removed from the record as counsel for defendant Airport Terminal Services, Inc. ("Defendant") in the above-captioned case.

Akerman attorneys, Marissa Alguire and Mojan Anari have previously appeared in this action and will remain as counsel of record for Defendant. Marissa Alguire will serve as Lead Counsel.

Accordingly, pursuant to Local Rule 11-5, please permit Damien P. DeLaney to withdraw as counsel and remove his name and email address from the Court's electronic notification list.

Dated: March 7, 2024

**AKERMAN LLP**

By */s/ Marissa Alguire*
  Marissa Alguire
  Mojan Anari
  *Attorneys for Defendant*
  AIRPORT TERMINAL SERVICES, INC.

75344662;1