**AKERMAN LLP**
MARISSA ALGUIRE (SBN 249755)
MOJAN ANARI (SBN 298865)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342
Email:  marissa.alguire@akerman.com
          mojan.anari@akerman.com

*Attorneys for Defendant*
AIRPORT TERMINAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ALBERTO PRADO on behalf of himself and all others similarly situated<br><br>        Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC. a Missouri corporation and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 4:24-cv-01250-DMR<br><br>Hon. Magistrate Judge Donna M. Ryu<br><br>**NOTICE OF CHANGE OF ADDRESS FOR AKERMAN LLP'S LOS ANGELES OFFICE**<br><br>Complaint Filed: December 19, 2023<br>Removal Filed:   February 29, 2024<br>Trial Date:            None |

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that commencing March 15, 2024, the Los Angeles office of Akerman LLP has moved. Please update your records and proofs of service to reflect Akerman LLP's current address:

> Marissa Alguire
> Mojan Anari
> Akerman LLP
> 633 West Fifth Street, Suite 6400
> Los Angeles, CA 90071
> Telephone: (213) 688-9500
> Facsimile:  (213) 627-6342

Dated:  March 14, 2024         **AKERMAN LLP**

By: *s/ Marissa Alguire*
  Marissa Alguire
  Mojan Anari
  *Attorneys for Defendant*
  AIRPORT TERMINAL SERVICES, INC.