**AKERMAN LLP**
MARISSA ALGUIRE (SBN 249755)
MOJAN ANARI (SBN 298865)
633 West Fifth Street, Suite 6400
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342
Email:  marissa.alguire@akerman.com
           mojan.anari@akerman.com

*Attorneys for Defendant*
AIRPORT TERMINAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ALBERTO PRADO on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC. a Missouri corporation and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 4:24-cv-01250-DMR<br><br>Hon. Magistrate Judge Donna M. Ryu<br><br>**SECOND JOINT STIPULATION TO ENLARGE THE TIME FOR DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S INITIAL RESPONSE TO THE COMPLAINT PURSUANT TO CIVIL L.R. 6-1**<br><br>Complaint Filed: December 19, 2023<br>Removal Filed: February 29, 2024<br>Trial Date: None |

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff Alex Alberto Prado ("Plaintiff") and defendant Airport Terminal Services, Inc. ("Defendant") (collectively, the "Parties"), through their respective attorneys of record herein and without waiving any rights, claims, or defenses they may have in this action, to enter into this Stipulation pursuant to Civil L.R. 6-1(a), with reference to the following circumstances:

1. Plaintiff filed his Complaint on December 19, 2023;

2. Defendant was served with the Complaint on January 30, 2024;

3. Plaintiff filed his First Amended Complaint ("FAC") on February 22, 2024;

4. Defendant was served with the First Amended Complaint on February 23, 2024;

5. Defendant filed and served its Notice of Removal on February 29, 2024, and pursuant to Fed. R. Civ. P. 81(c)(2)(C), Defendant's response to the Complaint was initially due on March 7, 2024;

6. On March 6, 2024, the Parties filed a Joint Stipulation to enlarge the time for Defendant's initial response to the Complaint to April 8, so as to provide the Parties with time to meet and confer regarding any possible motion for remand as well as Defendant's responsive pleading motion(s), including a contemplated motion to strike, dismiss, or in the alternative stay all proceedings;

7. Despite the Parties' best efforts, the Parties have not been able to meet and confer regarding several claims of Plaintiff that overlap and are therefore subsumed by two class and PAGA settlements because while the motion for preliminary approval of the class and PAGA settlement containing the confidential settlement agreement in one of actions has been filed, it has not yet become retrievable on the court's docket. (*See Jackie Shilevinatz v. Airport Terminal Services, Inc, Alliance Ground International,*

1  *LLC,* Case No. CIVSB2229072). Due to the confidential nature of the settlement agreement in *Shilevinatz*, Defendant cannot yet share the pertinent documents with Plaintiff until they become public record. Since these documents are essential to the Parties' meet and confer regarding Plaintiff's overlapping claims, the Parties have agreed to a second stipulation to extend Defendant's deadline to respond to the FAC by 30 days, which extends Defendant's current deadline to file and serve its responsive pleading up to and including Monday, May 6, 2024;

8. This extension will not alter the date of any event or any deadline already fixed by Court order;

**NOW THEREFORE**, pursuant to this stipulation and Civil L.R. 6-1(a), Plaintiff and Defendant agree that Defendant's deadline to file its responsive pleading to the FAC shall be extended to May 6, 2024.

**IT IS SO STIPULATED.**

Dated: April 5, 2024              **AKERMAN LLP**


By */s/ Marissa Alguire*_____
   Marissa Alguire
   Mojan Anari
   *Attorneys for Defendant*
   AIRPORT TERMINAL SERVICES, INC.

**AKERMAN LLP**
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

3                                   Case No. 4:24-cv-01250-DMR
SECOND JOINT STIPULATION TO ENLARGE THE TIME FOR DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S INITIAL RESPONSE TO THE COMPLAINT PURSUANT TO CIVIL L.R. 6-1

| | |
|---|---|
| Dated: April 5, 2024 | **JAMES HAWKINS APLC** |
| | By /s/ *Kacey E. Cook* |
| | James R. Hawkins |
| | Isandrra Y. Fernandez |
| | Kacey E. Cook |
| | *Attorneys for Plaintiff* |
| | ALEX ALBERTO PRADO |
| | on behalf of himself and all others similarly situated |