**AKERMAN LLP**
MARISSA ALGUIRE (SBN 249755)
MOJAN ANARI (SBN 298865)
633 West Fifth Street, Suite 6400
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342
Email:  marissa.alguire@akerman.com
        mojan.anari@akerman.com

*Attorneys for Defendant*
AIRPORT TERMINAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ALBERTO PRADO on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC. a Missouri corporation and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 4:24-cv-01250-DMR<br><br>Hon. Magistrate Judge Donna M. Ryu<br><br>**[PROPOSED] ORDER TO STAY ACTION PENDING FINAL APPROVAL OF THE CLASS AND PAGA SETTLEMENT IN RELATED ACTION**<br><br>*[Consecutively Filed with Joint Stipulation to Stay Action Pending Final Approval of the Class and PAGA Settlement in Related Actions]*<br><br>Complaint Filed: December 19, 2023<br>Removal Filed:   February 29, 2024<br>Trial Date:      None |

# [PROPOSED] ORDER

The Court having read and considered plaintiff Alex Alberto Prado ("Plaintiff") and defendant Airport Terminal Services, Inc.'s ("Defendant") (collectively, the "Parties") Joint Stipulation to Stay Action Pending Final Approval of the Class and PAGA Settlement in Related Action entitled *Jackie Shilevinatz v. Airport Terminal Services, Inc, Alliance Ground International, LLC,* Case No. CIVSB2229072, and good cause therefore having been shown,

**IT IS HEREBY ORDERED**

1. That the instant action be stayed pending final resolution of settlement in the Shilevinatz case, and all deadlines are vacated, including responsive pleading motion(s) deadlines and any and all hearings until 60 days after the final approval of the class and PAGA settlement in Shilevinatz.

**IT IS SO ORDERED.**

DATED: _____, 2024

Hon. Donna M. Ryu
United States Magistrate Judge