**AKERMAN LLP**
MARISSA ALGUIRE (SBN 249755)
MOJAN ANARI (SBN 298865)
633 West Fifth Street, Suite 6400
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342
Email:  marissa.alguire@akerman.com
           mojan.anari@akerman.com

*Attorneys for Defendant*
AIRPORT TERMINAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ALBERTO PRADO on behalf of himself and all others similarly situated<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC. a Missouri corporation and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 4:24-cv-01250-DMR<br><br>Hon. Magistrate Judge Donna M. Ryu<br><br>**STIPULATION TO STAY ACTION PENDING FINAL APPROVAL OF THE CLASS AND PAGA SETTLEMENT IN RELATED ACTION**<br><br>*[Filed Consecutively with (Proposed) Order]*<br><br>Complaint Filed: December 19, 2023<br>Removal Filed: February 29, 2024<br>Trial Date: None |

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff Alex Alberto Prado ("Plaintiff") and defendant Airport Terminal Services, Inc. ("Defendant") (collectively, the "Parties"), through their respective attorneys of record herein and without waiving any rights, claims, or defenses they may have in this action, to enter into this Stipulation pursuant to Civil L.R. 6-1(a), with reference to the following circumstances:

1. Plaintiff filed his Complaint on December 19, 2023;

2. Defendant was served with the Complaint on January 30, 2024;

3. Plaintiff filed his First Amended Complaint ("FAC") on February 22, 2024;

4. Defendant was served with the FAC on February 23, 2024;

5. Defendant filed and served its Notice of Removal on February 29, 2024, and pursuant to Fed. R. Civ. P. 81(c)(2)(C), Defendant's response to the Complaint was initially due on March 7, 2024;

6. On March 6, 2024, the Parties filed a Stipulation to enlarge the time for Defendant's initial response to the Complaint to April 8, so as to provide the Parties with time to meet and confer regarding any possible motion for remand as well as Defendant's responsive pleading motion(s), including a contemplated motion to strike, dismiss, or in the alternative stay all proceedings;

7. The Parties met and conferred regarding Plaintiff's claims, all of which Defendant alleges overlap and are therefore subsumed by an earlier-filed class and PAGA action entitled *Jackie Shilevinatz v. Airport Terminal Services, Inc, Alliance Ground International, LLC,* Case No. CIVSB2229072), wherein a class and PAGA settlement has been reached and is set for a preliminary approval hearing on June 11, 2024;

8. In order to maximize economics, judicial and otherwise, and avoid unnecessary motion practice with respect to Defendant's anticipated motion to stay the action, the Parties jointly stipulate to stay the instant action pending final approval of

1   the class and PAGA settlement in *Jackie Shilevinatz v. Airport Terminal Services, Inc,*
2   *Alliance Ground International, LLC,* Case No. CIVSB2229072);

3   9.  Based on the foregoing and pursuant to this stipulation and Civil L.R. 6-1(a), the Parties respectfully request that this Court stay the instant action pending final resolution of settlement in the *Shilevinatz* case, and pending the Court's approval, vacate all deadlines, including responsive pleading and hearing related deadlines until 60 days after the final approval of the class and PAGA settlement in *Shilevinatz. See Colorado River Water Conservation Dist. v. United States*, 414 U.S. 800, 818 (1979); *Ross v. US. Bank Nat'l Ass 'n*, 542 F. Supp. 2d 1014, 1020-1023 (N.D. Cal. 2008); *Alltrade, Inc. v. Uniweld Products, Inc.* (9th Cir. 1991) 946 F.2d 622, 627; *Mediterranean Enterprises, Inc. v. Ssangyong Corp.* (9th Cir. 1983) 708 F.2d 1458, 1465; *Leyva v. Certified Grocers of California, Ltd.* (9th Cir. 1979) 593 F.2d 857, 863-64.

**IT IS SO STIPULATED.**

Dated: May 7, 2024        **AKERMAN LLP**

By /s/ Marissa Alguire
    Marissa Alguire
    Mojan Anari
    *Attorneys for Defendant*
    AIRPORT TERMINAL SERVICES, INC.

Dated:  May 7, 2024       **JAMES HAWKINS APLC**

By /s/ Kacey E. Cook
    James R. Hawkins
    Isandra Y. Fernandez
    Kacey E. Cook
    *Attorneys for Plaintiff*
    ALEX ALBERTO PRADO

**AKERMAN LLP**
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

3                                Case No. 4:24-cv-01250-DMR
STIPULATION TO STAY ACTION PENDING FINAL APPROVAL OF THE CLASS AND PAGA SETTLEMENT IN RELATED ACTION

**AKERMAN LLP**
MARISSA ALGUIRE (SBN 249755)
MOJAN ANARI (SBN 298865)
633 West Fifth Street, Suite 6400
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342
Email:  marissa.alguire@akerman.com
        mojan.anari@akerman.com

*Attorneys for Defendant*
AIRPORT TERMINAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ALBERTO PRADO on behalf of himself and all others similarly situated<br><br>    Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC. a Missouri corporation and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 4:24-cv-01250-DMR<br><br>Hon. Magistrate Judge Donna M. Ryu<br><br>**[PROPOSED] ORDER TO STAY ACTION PENDING FINAL APPROVAL OF THE CLASS AND PAGA SETTLEMENT IN RELATED ACTION**<br><br>*[Consecutively Filed with Joint Stipulation to Stay Action Pending Final Approval of the Class and PAGA Settlement in Related Actions]*<br><br>Complaint Filed: December 19, 2023<br>Removal Filed:   February 29, 2024<br>Trial Date:      None |

# [~~PROPOSED~~] ORDER

The Court having read and considered plaintiff Alex Alberto Prado ("Plaintiff") and defendant Airport Terminal Services, Inc.'s ("Defendant") (collectively, the "Parties") Joint Stipulation to Stay Action Pending Final Approval of the Class and PAGA Settlement in Related Action entitled *Jackie Shilevinatz v. Airport Terminal Services, Inc, Alliance Ground International, LLC,* Case No. CIVSB2229072, and good cause therefore having been shown,

**IT IS HEREBY ORDERED**

1. That the instant action be stayed pending final resolution of settlement in the Shilevinatz case, and all deadlines are vacated, including responsive pleading motion(s) deadlines and any and all hearings until 60 days after the final approval of the class and PAGA settlement in Shilevinatz. **The parties shall file a joint status report by no later than June 28, 2024.**

**IT IS SO ORDERED.**

DATED: May 8, 2024



Hon. Donna M. Ryu
Chief Magistrate Judge