**AKERMAN LLP**
MARISSA ALGUIRE (SBN 249755)
MOJAN ANARI (SBN 298865)
633 West Fifth Street, Suite 6400
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342
Email:  marissa.alguire@akerman.com
        mojan.anari@akerman.com

*Attorneys for Defendant*
AIRPORT TERMINAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ALBERTO PRADO on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC. a Missouri corporation and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 4:24-cv-01250-DMR<br><br>Hon. Magistrate Judge Donna M. Ryu<br><br>**JOINT STATUS REPORT**<br><br><br><br>Complaint Filed: December 19, 2023<br>Removal Filed:  February 29, 2024<br>Trial Date:      None |

  Plaintiff Alex Alberto Prado ("Plaintiff") and defendant Airport Terminal Services, Inc. ("Defendant") (collectively, the "Parties"), hereby submit this Joint Initial Status Conference Statement as ordered by this Court on May 8, 2024 regarding the above-captioned case:

  1. Plaintiff filed his Complaint on December 19, 2023;

  2. Defendant was served with the Complaint on January 30, 2024;

  3. Plaintiff filed his First Amended Complaint ("FAC") on February 22, 2024;

4. Defendant was served with the FAC on February 23, 2024;

5. Defendant filed and served its Notice of Removal on February 29, 2024, and pursuant to Fed. R. Civ. P. 81(c)(2)(C), Defendant's response to the Complaint was initially due on March 7, 2024;

6. On May 8, 2024, pursuant to a Stipulation between the Parties, this Court stayed the instant action pending Final Approval of the Class and PAGA Settlement in Related Action entitled *Jackie Shilevinatz v. Airport Terminal Services, Inc, Alliance Ground International, LLC,* Case No. CIVSB2229072, and vacated all deadlines, including responsive pleading motion(s) deadlines and any and all hearings until 60 days after the final approval of the class and PAGA settlement in Shilevinatz;

7. The Class and PAGA Settlement in Related Action Shilevinatz was preliminarily approved on June 11, 2024, and the final approval hearing is set for December 17, 2024. It is Plaintiff's intention to opt out of the Class Settlement though he cannot opt out of the PAGA settlement.

Dated: June 28, 2024    **AKERMAN LLP**

By /s/ Marissa Alguire
  Marissa Alguire
  Mojan Anari
  *Attorneys for Defendant*
  AIRPORT TERMINAL SERVICES, INC.

Dated: June 28, 2024    **JAMES HAWKINS APLC**

By /s/ Kacey E. Cook
  James R. Hawkins
  Isandra Y. Fernandez
  Kacey E. Cook
  *Attorneys for Plaintiff*
  ALEX ALBERTO PRADO

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342