UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ALBERTO PRADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 24-cv-01250-DMR<br><br>**ORDER REMANDING CASE** |

　　　The court has reviewed the parties' joint status report. [Docket No. 28.] The case is remanded to the Superior Court for the State of California, County of Alameda.

**IT IS SO ORDERED.**

Dated: December 20, 2024

_____
Donna M. Ryu
Chief Magistrate Judge